William I. Goldsmith, Stephen R. Goldsmith, Michael L. Goldsmith.
DOJ ACCOUNT C/O GOLDSMITH AND HULL A.P.C.
16933 PARTHENIA STREET SUITE 110
NORTHRIDGE, CA 91343
(818) 990-6600

## UNITED STATES DISTRICT COURT

U.S.A.     Plaintiff(s)

v.

MARIA REZA aka MARIA C. REZA aka M REZA     Defendant(s)

CASE NUMBER:
2:19-cv-6409 WDK (EX)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
*(Use separate proof of service for each person/party served)*

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   - a. ☑ summons
   - ☑ complaint
   - ☐ alias summons
   - ☐ first amended complaint
   - ☐ second amended complaint
   - ☐ third amended complaint
   - ☐ third party complaint
   - ☐ counter claim
   - ☐ cross claim
   - ☑ other *(specify):* EXHIBIT 1; CERTIFICATION RE INTERESTED PARTIES

2. Person served:
   - a. ☑ Defendant *(name:)* MARIA REZA aka MARIA C. REZA aka M REZA
   - b. ☐ Other *(specify name and title or relationship to the party/business named):*
   - c. ☑ Address where the papers were served: 7129 Pico Vista Rd
     Pico Rivera, CA 90660

3. Manner of Service in compliance with *(the appropriate box must be checked):*
   - a. ☑ Federal Rules of Civil Procedure
   - b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   - a. ☐ **By Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
     1. ☐ Papers were served on *(date):* at *(time):*
   - b. ☑ **By Substituted Service.** By leaving copies: ROBERTO REZA - CO-OCCUPANT
     Age: 35+ Race: HISPANIC Sex: Male Height: 5'7" Weight: 180 Hair: BROWN
     1. ☑ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
     2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
     3. ☑ Papers were served on *(date):* 7/28/2019 at *(time):* 9:16 AM
     4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
     5. ☑ papers were mailed on Jul 29, 2019 - DECLARATION OF MAILING ATTACHED
     6. ☑ due diligence. I made at least three (3) attempts to personally serve the defendant.
   - c. ☐ Mail and acknowledgment of service. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      **Name of person served:**

      **Title of person served:**

      **Date and time of service:** *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **CRUZ GONZALEZ**
   Direct Legal Support, Inc.
   1541 Wilshire Blvd., Suite 550
   Los Angeles, CA 90017
   (213) 483-4900
   LA County Reg: 2015260036

   a. Fee for service: $ 79.50
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :3415
      County: **LOS ANGELES**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 30, 2019    _____**CRUZ GONZALEZ**_____    _____(Signature)_____
                         *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> William I. Goldsmith, Stephen R. Goldsmith, Michael L. Goldsmith. <br> DOJ ACCOUNT C/O GOLDSMITH AND HULL A.P.C. <br> 16933 PARTHENIA STREET SUITE 110 NORTHRIDGE, CA 91343 <br> TELEPHONE NO. (818) 990-6600 | FAX NO. | E-MAIL ADDRESS (Optional) <br> ATTORNEY FOR (Name) Plaintiff | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 350 W. 1ST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME:

PLAINTIFF: U.S.A.
DEFENDANT: MARIA REZA aka MARIA C. REZA aka M REZA

| DECLARATION OF DILIGENCE | Ref. No. or File No. <br> CDCS1084 | CASE NUMBER: <br> 2:19-cv-6409 WDK (EX) |
|---|---|---|

I, CRUZ GONZALEZ, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: MARIA REZA aka MARIA C. REZA aka M REZA as follows:
Documents:
summons; complaint; EXHIBIT 1; CERTIFICATION RE INTERESTED PARTIES;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 7/26/2019 | 7:50 AM | Home | NO ANSWER AT THE DOOR  RADIO ON TOYOTA PICK UP TRUCK #18632G2 - CRUZ GONZALEZ <br> 7129 Pico Vista Rd, Pico Rivera, CA 90660 |
| 7/27/2019 | 8:20 PM | Home | NO ANSWER AT THE DOOR - CRUZ GONZALEZ <br> 7129 Pico Vista Rd, Pico Rivera, CA 90660 |
| 7/28/2019 | 9:16 AM | Home | SUBJECT NOT HOME - CRUZ GONZALEZ <br> 7129 Pico Vista Rd, Pico Rivera, CA 90660 |
| 7/28/2019 | 9:16 AM | Home | Substituted service on: MARIA REZA aka MARIA C. REZA aka M REZA; 7129 Pico Vista Rd, Pico Rivera, CA 90660; by serving: ROBERTO REZA  - CO-OCCUPANT, HISPANIC Male 35+ 180 BROWN 5'7" BROWN. |

Fee for Service: $ 79.50
County: LOS ANGELES
Registration No.: 3415
**Direct Legal Support, Inc.**
**1541 Wilshire Blvd., Suite 550**
**Los Angeles, CA 90017**
**(213) 483-4900**



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 30, 2019.

Signature: _____
CRUZ GONZALEZ

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 86714

| Attorney or Party without Attorney: <br> William I. Goldsmith, Stephen R. Goldsmith, Michael L. Goldsmith. <br> DOJ ACCOUNT C/O GOLDSMITH AND HULL A.P.C. <br> 16933 PARTHENIA STREET SUITE 110 <br> NORTHRIDGE, CA 91343 <br> TELEPHONE No. (818) 990-6600   FAX No. (Optional): E-MAIL ADDRESS (Optional) | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiff | |
| Ref No. or File No.: CDCS1084 | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - | |
| Plaintiff: U.S.A. <br> Defendant: MARIA REZA aka MARIA C. REZA aka M REZA | |

| PROOF OF SERVICE BY MAIL | HEARING DATE | TIME | DEPT.: | CASE NUMBER 2:19-cv-6409 WDK (EX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the summons; complaint; EXHIBIT 1; CERTIFICATION RE INTERESTED PARTIES;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:        July 29, 2019
   b. Place of Mailing:       LOS ANGELES, CA
   c. Addressed as follows:   MARIA REZA aka MARIA C. REZA aka M REZA
                              7129 Pico Vista Rd
                              Pico Rivera, CA 90660

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: $ 79.50

Direct Legal Support, Inc.
1541 Wilshire Blvd., Suite 550
Los Angeles, CA 90017
(213) 483-4900
Ref: CDCS1084

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed

Signature: _____

MADLEN ARAKELYAN

**PROOF OF SERVICE BY MAIL**

Order#: 86714/mailproof